UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>DALJIT SINGH BHULLAR; FOLSOM DISCOUNT FOOD & LIQUOR, INC., a California corporation, and Does 1-10,<br><br>      Defendants. | No.   CIV. S-13-1604 LKK/AC<br><br>**ORDER** |

On August 23, 2013, defendant Daljit Singh Bhullar filed, pro se, a motion for extension of time to answer the complaint. On October 1, 2013, defendants Bhullar and Folsom Discount Food & Liquor, Inc., proceeding through counsel, filed an answer to the complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1.   Defendant's August 23, 2013 motion for extension of time (ECF No. 5) is granted; and

2.   Defendants' October 1, 2013 answer is deemed timely filed.

1

1        IT IS SO ORDERED.

2        DATED:  October 9, 2013.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2