CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br>    Plaintiffs, <br><br> vs. <br><br> **DALJIT SINGH BHULLAR; FOLSOM DISCOUNT FOOD & LIQUOR, INC.**, a California Corporation; and Does 1-10, <br><br>    Defendants. | CASE NO. 2:13-cv-01604-MCE-AC <br><br> **ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

### ORDER

Pursuant to stipulation of the parties (ECF No. 17) and good cause appearing, the new fact discovery cut-off in this case IS December 23, 2014.  Therefore, all discovery, with the exception of expert discovery, SHALL BE COMPLETED by December 23, 2014.  In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court.

The 10/24/2013 Status (Pretrial Scheduling) Conference Order (ECF No. 13) is VACATED.  An Amended Pretrial Scheduling Order is forthcoming.  Plaintiff's pending Motion to Modify Scheduling Order (ECF No. 16) is therefore DENIED without prejudice as moot.

IT IS SO ORDERED.

Dated: September 12, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT